David M. Parker, Esq. (SBN 211078)
dparker@pzfirm.com
**PARKER & ZUBKOFF LLP**
110 West A Street, Suite 615
San Diego, California 92101
Telephone:   (619) 233-8292
Facsimile:    (619) 233-8636

Attorneys for Plaintiff Joseph Hueffed,
Trustee of the Donna Gedda Trust, UAD
June 28, 2016

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HUEFFED, TRUSTEE OF THE DONNA GEDDA TRUST UAD JUNE 28, 2016, | Case No. 2:20-cv-01728-TLN-JDP |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE DATES** |
| v. | |
| JULIE FIGONE, INDIVIDUALLY AND AS FORMER TRUSTEE OF THE DONNA GEDDA TRUST; MAURICIO ACHANDO AKA MAURICIO ACHONDO, AN INDIVIDUAL; AND DOES 1 THROUGH 100, INCLUSIVE, | |
| Defendants. | |

Having reviewed the stipulation filed by the parties by and through their respective counsel of record and good cause appearing therefore,

**IT IS ORDERED THAT** the dates set forth in the initial pretrial scheduling order are hereby continued as follows:

    a.  The discovery cutoff date is continued to November 19, 2021.

    b.  The date for designation of expert witnesses is continued to January 20, 2022.

    c.  The joint notice of trial readiness date is continued to March 18, 2022.

PARKER & ZUBKOFF LLP

1      d.  The dispositive motion cutoff date is continued to May 17, 2022 or as soon

2          thereafter the court can hear such motion.

3

4   Dated: March 31, 2021

5                                                           _____
6                                                           Troy L. Nunley
                                                            United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PARKER & ZUBKOFF LLP

Case No. 2:20-cv-01728-TLN-JDP

ORDER CONTINUING DATES