David M. Parker, Esq. (SBN 211078)
dparker@pzfirm.com
**PARKER & ZUBKOFF LLP**
110 West A Street, Suite 615
San Diego, California 92101
Telephone:  (619) 233-8292
Facsimile:   (619) 233-8636

Attorneys for Plaintiff Joseph Hueffed,
Trustee of the Donna Gedda Trust, UAD
June 28, 2016

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HUEFFED, TRUSTEE OF THE DONNA GEDDA TRUST UAD JUNE 28, 2016,<br><br>Plaintiff,<br><br>v.<br><br>JULIE FIGONE, INDIVIDUALLY AND AS FORMER TRUSTEE OF THE DONNA GEDDA TRUST; MAURICIO ACHANDO AKA MAURICIO ACHONDO, AN INDIVIDUAL; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 2:20-cv-01728-TLN-JDP<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DATES** |

Having reviewed the stipulation filed by the parties by and through their respective counsel of record and good cause appearing therefore,

**IT IS ORDERED THAT** the dates set forth in the initial pretrial scheduling order are hereby continued as follows:

a. The discovery cutoff date is continued to July 15, 2022.

b. The date for designation of expert witnesses is continued to September 16, 2022.

c. The joint notice of trial readiness date is continued to November 10, 2022.

d.  The dispositive motion cutoff date is continued to January 20, 2023, or as soon thereafter the court can hear such motion.

Dated:  February 14, 2022

Troy L. Nunley
United States District Judge