David M. Parker, Esq. (SBN 211078)
dparker@pzfirm.com
Gregory L. Riggs, Esq. (SBN 413022)
griggs@pzfirm.com
**PARKER & ZUBKOFF LLP**
110 West A Street, Suite 615
San Diego, California 92101
Telephone:  (619) 233-8292
Facsimile:   (619) 233-8636

Attorneys for Plaintiff Joseph Hueffed,
Trustee of the Donna Gedda Trust, UAD
June 28, 2016

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH HUEFFED, TRUSTEE OF THE DONNA GEDDA TRUST UAD JUNE 28, 2016,<br><br>             Plaintiff,<br><br>      v.<br><br>JULIE FIGONE, INDIVIDUALLY AND AS FORMER TRUSTEE OF THE DONNA GEDDA TRUST; MAURICIO ACHANDO AKA MAURICIO ACHONDO, AN INDIVIDUAL; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>             Defendants. | Case No. 2:20-cv-01728-TLN-JDP<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DATES** |

Having reviewed the stipulation filed by the parties by and through their respective counsel of record and good cause appearing therefore,

**IT IS ORDERED THAT** the dates set forth in the initial pretrial scheduling order are hereby continued as follows:

  a. Defendant Figone will appear for deposition on April 25, 2023;

  b. Defendant Achando will appear for deposition on April 26, 2023;

  c. The discovery cutoff date is continued from April 27, 2023, to June 29, 2023.

   d. The date for designation of expert witnesses is continued from May 26, 2023, to July 28, 2023.

   e. The joint notice of trial readiness date is continued from July 19, 2023, to September 20, 2023.

   f. The dispositive motion cutoff date is continued from October 13, 2023, to December 26, 2023, or as soon thereafter the court can hear such motion.

Dated: April 7, 2023

_____
Troy L. Nunley
United States District Judge